Same case below, 384 Fed. Appx. 634.

Same case below, 613 F.3d 787.

**No. 10-7153. Guy T. Harris, Petitioner v. Virginia.**

562 U.S. 1114, 131 S. Ct. 833, 178 L. Ed. 2d 567, 2010 U.S. LEXIS 9716, ▮

December 13, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 10-7185. Buster O'Neal, Jr., Petitioner v. L. Gale Buckner, et al.**

562 U.S. 1114, 131 S. Ct. 833, 178 L. Ed. 2d 567, 2010 U.S. LEXIS 9802, ▮

December 13, 2010. Petition for writ of certiorari to the Superior Court of Georgia, Cobb County, denied.

**No. 10-7194. Jeremy Pinson, Petitioner v. Robert Pacheco, et al.**

562 U.S. 1114, 131 S. Ct. 834, 178 L. Ed. 2d 567, 2010 U.S. LEXIS 9829.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 397 Fed. Appx. 488.

**No. 10-7198. Kevin J. Morse, Petitioner v. United States.**

562 U.S. 1114, 131 S. Ct. 834, 178 L. Ed. 2d 567, 2010 U.S. LEXIS 9692.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-7227. Rashaun Barkley, Petitioner v. Larry Glover, Administrator, Northern State Prison, et al.**

562 U.S. 1114, 131 S. Ct. 834, 178 L. Ed. 2d 567, 2010 U.S. LEXIS 9751, ▮

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 209 Fed. Appx. 120.

**No. 10-7230. Gregory Andre Smith, Petitioner v. Charles Harrison, Warden.**

562 U.S. 1114, 131 S. Ct. 834, 178 L. Ed. 2d 567, 2010 U.S. LEXIS 9642.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 378 Fed. Appx. 767.

**No. 10-7246. Warren Thomas Barry, et ux., Petitioners v. United States.**

562 U.S. 1114, 131 S. Ct. 835, 178 L. Ed. 2d 567, 2010 U.S. LEXIS 9706.

December 13, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 371 Fed. Appx. 3.